writ of certiorari to the Supreme Court of the State of Florida denied. *Mr. Scott M. Loftin* for petitioner. *Mr. Roswell King* for respondents.

---

No. 254. BENJAMIN A. LEVY, TRUSTEE, *v.* ANTHONY C. POST. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Walter Hartstone* for petitioner. *Mr. John H. Devine* for respondent.

---

No. 255. PETER MARTIN *v.* UNITED STATES. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Edward Dinkelspiel* and *Raymond M. Hudson* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. Mahlon D. Kiefer* for the United States.

---

No. 257. ALBERT A. ZINK ET AL. *v.* BLACK STAR LINE AND T. V. O'CONNOR, CHAIRMAN UNITED STATES SHIPPING BOARD, GARNISHEE. October 10, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Reeves T. Strickland* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Farnum* and *Mr. J. Frank Staley* for respondents.

---

No. 259. ERIE RAILROAD COMPANY *v.* INTERNATIONAL PRODUCTS COMPANY. October 10, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Messrs. Theodore Kiendl, John W. Davis* and *William C. Cannon* for petitioners. *Mr. David Paine* for respondent.